

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00120-CV

———————————————

JONATHAN MICHAEL STEWART, Appellant

V.

ORYX OILFIELD HOLDINGS LLC AND ORYX OILFIELD SERVICES, LLC,
Appellees

———————————————

On Appeal from the 67th District Court
Tarrant County, Texas
Trial Court No. 067-292441-17

———————————————

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellant's "Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: August 22, 2019